UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARLON L. JACKSON, ) <br> ) <br> Defendant. ) | Cause No. 1:99-cr-0083-11 (B/F) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Marlon L. Jackson's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 10 months in the custody of the Attorney General. The service of the sentence shall begin immediately. Upon Mr. Jackson's release from confinement, he shall not be subject to supervised release.

SO ORDERED this 9th day of November, 2010.

_____
Sarah Evans Barker, Judge
United States District Court
Southern District of Indiana

Distribution:

Barry Glickman,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

Bill Dazey,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U.S. Marshal Service